# EXHIBIT A

**ADAMS, David**                                    12/04/00

This note is in addition to a note dictated earlier today by Debra Laurent-Bopp, A.R.N.P.

I have had a chance to review David's presentation, physical examination, echocardiogram, and ECG. He has severe left ventricular dysfunction with an ejection fraction of 13% using the area length method. The anterior wall and interventricular septum appears quite thinned out and akinetic. There is hypokinesis elsewhere. He is a prior cocaine user and I wonder if he may not have had infarction based upon this. His electrocardiogram shows no R waves until V4 and he has T waves inverted in the inferolateral leads. There is also moderate mitral regurgitation. His pulmonary artery pressure is around 41 mmHg by Doppler.

**PLAN:**
1. The situation was discussed with the patient in detail, including the gravity of our findings today.
2. Will start him on unloading therapy.
3. I am quite concerned that this patient will ultimately require cardiac transplantation. This topic was discussed with him in a very preliminary fashion.
4. I would like to let his parents know about his status. He refuses to let us contact them at this point in time.
5. Follow up arrangements have been made.

Jeffrey Westcott, M.D./1160337-056

SEATTLE HEART CLINIC | A Member of the Swedish Heart Institute | Case 1:10-cr-00082-RJS   Document 35-2   Filed 04/29/10   Page 3 of 17

Debra Laurent-Bopp, MN, ARNP

ADAMS, David E.                                              12/04/00

**PATIENT PROFILE:**
This is a 20-year-old male referred here for cardiomegaly status post viral syndrome. Possibility of myocarditis versus cardiomyopathy. He is kindly referred here by Dr. Eric Strandberg.

The patient reports approximately two to three weeks ago he had an onset of headache, fever, chills, night sweats, and symptoms of upper respiratory infection including a nasal congestion and cough. The patient also had symptoms of diarrhea and actually had some low-level nausea and coughed so hard that he had two emeses approximately two days ago. He noticed ongoing fatigue which seems to have gotten worse over the past week and an extremely diminished appetite. What concerned him the most was ongoing fatigue and inability to get over this "viral illness." Due to the symptoms, he sought attention at HealthSouth and was seen by Eric Strandberg who performed a chest x-ray which showed significant cardiomegaly and sinus tachycardia at a rate of 116. Review of the record also showed a temperature of 98.8. On cardiac exam, a 2/6 holosystolic murmur was heard at the apex up the axillary line along with a summation gallop. Based on these findings, he was referred here to our clinic.

The patient reports that prior to the onset of his illness, he has been able to do his activities of daily living without interference, reporting no previous feeling of dyspnea on exertion, no sensation of palpitations, chest pain or discomfort, light-headedness, presyncope, or any syncopal event. He now feels so fatigued that he is sleeping 12 hours a day, which is not normal for him, normally getting anywhere between 8 and 9 hours of sleep. He notes most dyspnea on exertion when climbing stairs, which he has to do at his apartment which is four flights above ground level in a building that does not have an elevator. His appetite continues to be suppressed and he has noted a three-pound weight loss in the past three weeks as well.

**PAST MEDICAL HISTORY:**
Had a fractured collar bone at age 10.

**ALLERGIES:**
None.

**CURRENT MEDICATIONS:**
None.

**FAMILY HISTORY:**
Father is in his 50s, in good health. Positive for GERD. Mother is in her 50s, in good health. History of hypertension. He has one 14-year-old brother in good health.

**SOCIAL HISTORY:**
He recently moved from the Tri-Cities to the greater Seattle area living with a number of roommates. He plans to attend Seattle Community College and, ultimately, the University of Washington, with an interest in business.

**REVIEW OF SYSTEMS:**
| | |
|---|---|
| GENERAL | As noted above. |
| HEENT | Denies any headache, seizure disorder, or head trauma. No corrective lenses. No sinus disease. No dysphagia. |
| RESPIRATORY | Negative for history of pneumonia, bronchitis, or asthma. Negative for TB. |
| CARDIAC | In addition to above, positive for PND. Negative for lower extremity edema. No claudication. No history of heart murmur or rheumatic heart disease. |
| GI | Still has low-level nausea. No abdominal cramps, diarrhea, or constipation currently. No melena or hematochezia. |
| GU | No dysuria or hematuria. |
| ENDOCRINE | No intolerance to heat or cold. No polyuria, polydipsia, or polyphagia. |

**PHYSICAL EXAMINATION:**
| | |
|---|---|
| VITAL SIGNS | Weight 174 pounds. Height 6'2". Heart rate 110 and regular. Respirations 20. |
| GENERAL | The patient is a 20-year-old thin white male in no acute distress but appearing fatigued in clinic today. |
| SKIN | Warm and dry. |
| NECK | Supple. Trachea midline. No thyromegaly. No adenopathy. Carotids brisk upstroke. No bruit. |
| CHEST | Symmetric, resonant anterior and posterior. |
| CARDIAC | Summation gallop, tachycardiac. There is a 2/6 holosystolic murmur at apex off anterior axillary line appreciated. |
| ABDOMEN | Soft, nontender, nondistended. Bowel tones are present in all four quadrants. No dominant mass or bruit. |
| EXTREMITIES | DP, PT pulses are 2+ bilaterally. There is no edema. |

**EKG:**
EKG shows atrial response to 110 beats per minute, ventricular rate 110 beats per minute. T-wave inversion is noted through the frontal plane leads, and lead V4-V6. There is right axis deviation.

**ECHOCARDIOGRAM:**
Echocardiogram performed today shows a dilated and severely globally hypokinetic ventricle with the ejection fraction by Simpson score of 13%. No evidence of a thrombi seen. There is a moderate mitral regurgitation, no AI, mild PI, and mild TR.

**CLINICAL IMPRESSION:**
Dilated cardiomyopathy, viral versus drug induced.

ADAMS, David E. cont'd

**PLAN:**

The case was reviewed in detail with Dr. R. Jeffrey Westcott, M.D. who also reexamines the patient. We will proceed as follows:

1. We had quite an extensive talk with David on these findings today and the severity of his current health status. Outlined the pathology of this type of illness as well as a plan and course of treatment for him. We also discussed advising his family of his current status, but David felt that he would prefer to handle on this own at this point.
2. We will start him on medication management including digoxin 0.25 1 tablet b.i.d. x 3 days and then 1 tablet daily; Aldactone 1 tab 25 mg p.o. q.d.; and Zestril 5 mg 1 tab p.o. q.d.
3. The patient will have follow-up visit next Monday, as we will need to follow him very closely. If the patient has any concerns or questions, he is to contact our clinic immediately.

Debra Laurent-Bopp, MN, ARNP for R. Jeffrey Westcott, M.D./1160336-024
cc:    Eric J. Strandberg, M.D.

R. Jeffrey Westcott, M.D.

## ADAMS, David                                     12/11/2000

**PROBLEM LIST:**
Dilated cardiomyopathy.

**CURRENT MEDICATIONS:**
1. Digoxin 0.25 mg daily.
2. Lisinopril mg daily.
3. Aldactone 25 mg daily

The patient feels much better since his last visit. He is less short of breath, has felt some spontaneous diuresis. He is tolerating his medications well. He did discuss his illness somewhat with his mother, which is gratifying. No orthopnea, PND. No chest pain.

**PHYSICAL EXAMINATION:**
VITAL SIGNS     Blood pressure 104/76 in the left arm, 110/80 in the right arm.
NECK            Venous pressure is not increased.
CHEST           Clear.
CARDIAC         Regular rhythm at a rate of about 75 per minute. No murmurs are appreciated. There is a soft S3 gallop. This is a marked change from his previous examination.
ABDOMEN         Soft. Liver, kidney, spleen not palpable. No masses felt.
EXTREMITIES     Distal pulses are intact. There is no edema.

**CLINICAL IMPRESSION:**
Dilated cardiomyopathy responding to therapy.

**PLAN:**
1. The situation was discussed with David.
2. Will increase his Lisinopril to 10 mg daily.
3. Will see him back here the first week in January and if all is stable, will start him on low-dose carvedilol therapy at that time, starting at a dose of 3.125 mg b.i.d.


R. Jeffrey Westcott, M.D./ 1360337-054
cc:    Eric Strandberg, M.D.

**SEATTLE HEART CLINIC** | A Member of the Swedish Heart Institute

Robin Sterin, PA-C

**ADAMS, David**                                01/02/2001

**PROBLEM LIST:**
1. Dilated cardiomyopathy.
2. Left ventricular dysfunction, with an ejection fraction of 13%.

**CURRENT MEDICATIONS:**
1. Digoxin 0.25 mg q.d.
2. Lisinopril 10 mg q.d.
3. Aldactone 25 mg q.d.

The patient comes in for routine follow-up. He states he is feeling well, without chest pain or dyspnea, and sleeps on one pillow. He has no edema or palpations, nor any presyncope. Appetite is good, sleep is unchanged. In general his energy is increased and he is able to walk further. He is not smoking, or using alcohol or cocaine. His diet is low salt.

**PHYSICAL EXAMINATION:**
VITAL SIGNS    Blood pressure 110/58 and regular. Weight 164 pounds.
GENERAL        He is a well-developed, well-nourished, young man in no acute distress. Breathing is not labored.
SKIN           Warm and dry. No clubbing, cyanosis, edema, or icterus.
CARDIAC        Regular rate and rhythm. A split S1. No S3 appreciated.
CHEST          Clear to auscultation bilaterally.
ABDOMEN        Soft. Nontender. Bowel sounds positive.

**PLAN:**
1. He was begun on Coreg 3.25 mg q.d.
2. The patient is to check his blood pressure a couple of times and call on Friday to let us know how he is doing.
3. Follow up in two weeks or p.r.n.
4. Samples were given

Robin Sterin, PA-C/ 0970334.28
cc:   Eric J. Strandberg, M.D.

SEATTLE HEART CLINIC
Case 2:08-cv-00082-RJS  Document 35-2  Filed 04/29/10  Page 8 of 17
A Division of the Swedish Heart Institute

R. Jeffrey Westcott, M.D.

**ADAMS, David E.**                                    01/26/2001

## PROBLEM LIST:
See office note of January 2, 2001.

## CURRENT MEDICATIONS:
1. Digoxin 0.25 mg q.d.
2. Lisinopril 10 mg q.d.
3. Aldactone 25 mg q.d.
4. Carvedilol 3.125 mg q.d.

David has tolerated the carvedilol well. I had intended that he take the 3.125 mg b.i.d., but he has only been on 3.125 mg daily. He has continued to care for himself well. No undue dyspnea. No orthopnea or PND. He is watching his diet carefully.

## PHYSICAL EXAMINATION:
| | |
|---|---|
| VITAL SIGNS | Weight 160 pounds, down 4 pounds. Blood pressure 118/70. |
| NECK | Venous pressure is not increased. |
| CHEST | Clear. |
| HEART | Regular rhythm. No murmurs, rubs, gallops, or clicks. |
| ABDOMEN | Soft. Liver, spleen, and kidneys not palpable. |
| EXTREMITIES | There is no edema. |

## CLINICAL IMPRESSION:
Stable clinical status with dilated cardiomyopathy.

## PLAN:
1. Increase carvedilol to 6.25 mg b.i.d.
2. Revisit in one month.
3. Anticipate echocardiogram in one month.


R. Jeffrey Westcott, M.D./ 0170337-064

**ADAMS, David**  2/26/2001

### PROBLEM LIST:
See office note from January 2, 2001.

### CURRENT MEDICATIONS:
1. Carvedilol 6.25 mg b.i.d.
2. Digoxin 0.25 mg q.d.
3. Lisinopril 10 mg q.d.
4. Aldactone 25 mg q.d.

Continues to do well, without recurrences of congestive heart failure. He claims to be taking his medications faithfully.

### PHYSICAL EXAMINATION:
Deferred.

### ECHOCARDIOGRAM (see attached report):
In summary, the patient shows left ventricular end diastolic dimension of 65 mm, with an ejection fraction of 25% using the area length method. This compares favorably to an ejection fraction of 13% on December 4, 2000, arguing for improvement.

### CLINICAL IMPRESSION:
Improvement in left ventricular function on drug therapy.

### PLAN:
1. The situation was discussed with David.
2. Will increase carvedilol to 12.5 mg b.i.d. and see him back here in two months if he tolerates the increased carvedilol.

R. Jeffrey Westcott, M.D./ 2870337-048

SEATTLE HEART CLINIC — A Member of the Swedish Heart Institute
Case 1:10-cr-00082-RJS   Document 35-2   Filed 04/29/10   Page 10 of 17

Robin Sterin, PA-C

ADAMS, David                                              07/16/2001

### PROBLEM LIST:
1. Cardiomyopathy, dilated.
2. Left ventricular dysfunction with an EF of 13% (corrected is 26%).

### CURRENT MEDICATIONS:
1. Coreg 12.5 mg twice a day.
2. Digoxin 0.25 mg a day.
3. Lisinopril 10 mg a day.
4. Aldactone 25 mg a day.

Patient comes in for routine follow up and is doing well. He does not smoke, he does not use alcohol, he does not use cocaine, and he has decreased caffeine because he was not feeling well. He feels that he may be depressed (but is not suicidal) as noted by decreased motivation. He is taking naps now, although his sleep and appetite are good. He feels he has less concentration than normal, and for this reason he is not in class this summer. He does not exercise per se, but is beginning a yoga class. Patient denies orthopnea, PND, cough, edema, chest pain, dyspnea or palpitations. He does have some postural presyncope.

### PHYSICAL EXAMINATION:
GENERAL       Weight is 177 pounds, which is up 17 pounds from last visit. Skin is warm and dry without cyanosis, clubbing or edema or icterus.
VITAL SIGNS   Blood pressure is 116/74 and regular.
CHEST         Lung fields are clear to auscultation bilaterally without rales or wheezes.
CARDIAC       His heart is in a regular rate and rhythm with a normal S1, S2, and no S3 identified.
ABDOMEN       Abdomen is soft and nontender, no hepatosplenomegaly, no jugular venous distention is identified.

### PLAN:
1. We talked about increasing his exercise status.
2. He will follow up in October for an echocardiogram and visit.
3. We discussed compliance of medication as he occasionally forgets his second Coreg of the day. We did mention that there is a once-a-day medication which we do not feel is as effective. He is going to try to be more compliant but will hold that option in reserve.
4. He should let us know if symptoms increase in the meanwhile. If not, we will see him back next fall.

Robin Sterin, PA-C/ 2311334-321
cc: Eric Strandberg, M.D.

REVIEWED BY
R. JEFFREY WESTCOTT MD

```
WORKCOPY - HEALTHSOUTH/HEALTHSOUTH/DENNY          Name: ADAMS, DAVID                              Sex: M
Date: 12-01-2000   Time: 16:08                    ID #: 056919    Marital Stat:    DOB:           Age: 20
Acct #: 119038 - 345498   Claim #:                Home Ph:                         Class: 9
                                                  RP Name: ADAMS, DAVID
   HEALTHSOUTH - DENNY                            Addr:
                                                  Home Ph:                         SSN:
   Account number  119038                         Company:                         Ph:
                                                  Policy:                          Group:
```

CURRENT MEDS: _____    ALLERGIES: _____    LAST TETANUS: _____

LMP: ___ HT: 6'2" WT: 177 BP: 130/80 PULSE: 96 RESP: 20 TEMP: 98.5

NEW patient  EST patient  Illnesses _____  Surgeries _____  Private M.D. _____

Onset: 12-01-2000 dizzy, SOB, headaches, nausea, vomiting, [illegible], [illegible]
Subjective complaints: STOMACH ACHES smoking a month ago, just moved from Tri-Cities

S) Initial sx 2-3 wks ago —
   cough/nasal congestion —
   aches/fever → felt
   better; then relapsing
   sx in last week —

   @ N/V 2 days ago → throw up
   after coughing hard.
   @ loose stools; some periumbilical + epig cramps.
   Appetite 'Tol-', Pept + Tum → @ [illegible]
   @F/C. @ fatigue. Still w/ some cough. ↓appetite
   Moved from Tri Cities 3-4 wks ago → going to school in
   Jan.

O) [illegible] T98.8 R116 regular HR 16-
   HEENT - PERRLA clear. N. [illegible] T.M. N. [illegible]
   LCTA [illegible]
   Cor. Rapid regular rhythm, @ summation gallop.
   [illegible] 2/6 holosystolic [illegible] @ apex → axilla [illegible]
   Abd: flat, soft, NT, [illegible] [illegible] but could [illegible] [illegible]
   [illegible] + [illegible] otherwise benign [illegible]
   (UA) - clear. (EKG) [illegible] Tachy lateral TWI
   (CXR) — ↑ cardiomegaly

A) Viral syndrome / Tachycardia / Cardiomegaly —
   Suspect myocarditis / cardiomyopathy
P) Discussed w/ Cardiologist Dr. [illegible] —
   will evaluate on 12/4.

X-ray/Lab ✓
[illegible]   4.02
CBC/ESR/LFTs
Meds  EKG        90109003
                 7029427
       CK
Referral 30-0539

PHYSICIAN _____ #___ Temp: MR



LABORATORY REPORT

```
98169003 AREA/ROUTE/ST   : PEX0000
HEALTH SOUTH-DENNY/FAIRVIEW
1151 DENNY WAY
SEATTLE, WA 98109-5326
```


Quest Diagnostics

MICROFILM# 1201094833

| PATIENT NAME | PATIENT ID | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| ADAMS, DAVID | 056919 | | | M | STRANDBERG, ERIC |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG IN DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 7029427 | NW4511171F | | 12012000 | 12022000 | 12022000 | 8:12AM |

REMARKS

PACIFIC TIME

SSN: ▮▮▮▮▮

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: ▮▮▮▮

**HEPATIC FUNCTION PANEL** — NW
- PROTEIN, TOTAL          6.7              G/DL           6.0-8.5
- ALBUMIN                 4.3              G/DL           3.2-5.0
- GLOBULIN                2.4              G/DL (CALC)    2.2-4.2
- ALBUMIN/GLOBULIN RATIO  1.8              (CALC)         0.8-2.0
- BILIRUBIN, TOTAL        1.0              MG/DL          0.0-1.3
- BILIRUBIN, DIRECT                 0.5 H  MG/DL          0.0-0.4
- BILIRUBIN, INDIRECT     0.5              MG/DL (CALC)   0.0-1.3
- ALKALINE PHOSPHATASE    75               U/L            20-125
- AST (SGOT)              34               U/L            0-42
- ALT (SGPT)              47               U/L            0-48

**CBC (INCLUDES DIFF/PLT)** — NW
- WHITE BLOOD CELL COUNT  8.0              THOUS/MCL      3.8-10.8
- RED BLOOD CELL COUNT    5.20             MILL/MCL       4.40-5.80
- HEMOGLOBIN              15.5             G/DL           13.8-17.2
- HEMATOCRIT              46.8             %              41.0-50.0
- MCV                     89.9             FL             80.0-100.0
- MCH                     29.8             PG             27.0-33.0
- MCHC                    33.1             G/DL           32.0-36.0
- RDW                     13.4             %              9.0-15.0
- PLATELET COUNT          270              THOUS/MCL      130-400
- ABSOLUTE NEUTROPHILS    4592             CELLS/MCL      1500-7800
- NEUTROPHILS             57.4             %
- ABSOLUTE LYMPHOCYTES    2488             CELLS/MCL      850-4100
- LYMPHOCYTES             31.1             %
- ABSOLUTE MONOCYTES      792              CELLS/MCL      200-1100
- MONOCYTES               9.9              %
- ABSOLUTE EOSINOPHILS    72               CELLS/MCL      50-550
- EOSINOPHILS             0.9              %
- ABSOLUTE BASOPHILS      56               CELLS/MCL      0-200
- BASOPHILS               0.7              %

**SED RATE BY MODIFIED** — NW
- WESTERGREN, MANUAL      1                MM/HR          < OR = 15

>> REPORT CONTINUED ON NEXT PAGE - ADAMS, DAVID NW4511171F <<

*[handwritten: Work-up WBC/ESR]*
*[handwritten initials: ETT]*

# URINALYSIS

Patient name: Adams, David  Age: 20
Medication/vitamins in last 24 hrs.: _____

Physician's name: _____

Date: 12 / 1 / 20  Tester's initials: GB
Time urine collected: 5:30 ☐ a.m. ☒ p.m.   midstream? yes ☐ no ☐
Time urine tested: __:__ ☐ a.m. ☐ p.m.   clean catch? yes ☐ no ☐

## physical examination

Color: colorless ☐   yellow ☒   amber ☐   other ☐
Appearance: clear ☐   hazy ☒   cloudy ☐   turbid ☐
Specific gravity not required unless indicated. yes ☐   no ☐   Specific gravity: 1.022

| chemical examination | | | CHEMSTRIP | microscopic examination | |
|---|---|---|---|---|---|
| | expected values | write results | or circle results | Blood Cells/HPF | |
| | | | | | WBC/HPF |
| Leukocytes | Neg. | | (Neg) tr 1+ 2+ | | RBC/HPF |
| | | | | Epithelial Cells/HPF | |
| Nitrite | Neg | | (Neg) Pos. | | Squamous |
| | | | | | Renal |
| pH | 5-8 | | 5 (6) 7 8 9 | Casts/LPF | |
| Protein | Neg-tr | | Neg (tr) 30 100 500 mg/dL | | Hyaline |
| | | | | | Fine Granular |
| Glucose | Norm | | (Norm) 1/20 1/10 1/4 1 g/dL | | Coarse Granular |
| Ketones | Neg | | (Neg) 1+ 2+ 3+ Small Med Large | | Other |
| | | | | Crystals | |
| Urobilinogen | ≤1 | | (Norm) 1 4 8 12 mg/dL | | |
| | | | | | Amorphous |
| Bilirubin | Neg | | (Neg) 1+ 2+ 3+ | Other | |
| Blood | Neg. | | (Neg) 5 10 50 250 Ery/μL | | Bacteria |
| | | | | | Trash |
| Hemoglobin | Neg. | | Neg 10 50 250 Ery/μL | | Mucous |

John L. Petersen, M.D.  
R. Jeffrey Westcott, M.D.  
John V. Olsen, M.D.

**Seattle Heart Clinic**  
801 Broadway, Suite 300  
Seattle, WA 98122  
206-292-7990

## ECHOCARDIOGRAPHY REPORT

### PATIENT INFORMATION:

| | | | | | |
|---|---|---|---|---|---|
| NAME: | Adams, David | | DATE: | 12/04/00 | |
| AGE: | 20 | HEIGHT: | WEIGHT: | | BSA: |
| SEX: | Male | TAPE #: 271 | START: | | DISC #: |
| INTERPRETING MD: | R. Jeffrey Westcott, M.D. | | REF MD: | | |
| INDICATIONS: | Cradiomyopathy | | | | |
| COMMENTS: | Excellent quality studies were obtained | | | | |

### M MODE MEASUREMENTS: / DOPPLER VELOCITIES: / DOPPLER CALCULATIONS:

| M Mode | | | Doppler Vel | | | Doppler Calc | |
|---|---|---|---|---|---|---|---|
| LVED: | 66 | (35-55 mm) | MV E | 1.0 | (0.8 m/s) | AORTIC | |
| LVES: | 60 | | MV A | 0.3 | (0.5 m/s) | LVOT | (>20 mm) |
| %FS: | 9% | (26-35) | TV | | (0.8 m/s) | Vmax | (1.7 m/s) |
| LVEF: | 19% | | PV | 0.4 | (0.9 m/s) | Peak Gradient | |
| F by AREA - LENGTH: | 13% | | LVOT | 0.7 | (1.5 m/s) | Mean Gradient | |
| IVSD: | 10 | (6-11 mm) | AoV | 0.8 | (1.7 m/s) | AVA | (>2 cm$^2$) |
| LVPWD: | 12 | (6-11 mm) | | | | Press T 1/2 | |
| RVAFW: | | (<7 mm) | **REGURGITATION:** | | | | |
| RV: | 32 | (<31 mm) | MR: | mod | | **MITRAL** | |
| EPSS: | 18 | (<11 mm) | AI: | | | MVA doppler | (4 cm$^2$) |
| EF SLOPE: | | (>35 mm/s) | PI: | mild | | MVA P 1/2 | |
| AORTIC ROOT: | 29 | (20-37 mm) | TR: | mild+ | | MVA 2D | |
| AORTIC VALVE: | 18 | (15-26 mm) | Vmax | 2.7 | | | |
| LEFT ATRIUM: | 48 | (19-40 mm) | 4V$^2$ | 29.2 | | **DIASTOLIC FUNCTION:** | |
| LA/AO RATIO: | 1.7 | (<1.2) | RA press | 10.0 | | decel time | (190 +/- 20) |
| | | | PA press | 39.2 | | IVRT | (70-90 msec) |
| | | | | | | EA ratio | (<1.5) |

### M-MODE, 2D AND DOPPLER FLOW STUDY INTERPRETATION:

**LEFT VENTRICLE:** Severe dilated cardiomyopathy with EF ~13% using the area-length method. The IVS is thin and akinetis, all other segments are severely hypokinetic, no mural thrombus is present.  
**MITRAL VALVE:** Normal leaflets, moderate mitral regurgitation.  
**LEFT ATRIUM:** Enlarged  
**AORTA:** Normal  
**AORTIC VALVE:** Normal trileaflet valve  
**RIGHT VENTRICLE:** Normal size, function somewhat decreased.  
**RIGHT ATRIUM:** Normal  
**TRICUSPID VALVE:** Normal  
**PULMONIC VALVE:** Normal  
**PERICARDIUM:** Trace pericardial effusion.  
**MISCELLANEOUS:** IVC dialted.

### SUMMARY:

1. Severe dilated cardiomyopathy with EF ~ 13%.
2. Moderate mitral regurgitation with left atrial enlargement.
3. Mild RV dysfunction.
4. Moderate pulmonary hypertension by Doppler.

R. Jeffrey Westcott, M.D.



John L. Petersen, M.D.  
R. Jeffrey Westcott, M.D.  
John V. Olsen, M.D.

**Seattle Heart Clinic**  
801 Broadway, Suite 300  
Seattle, WA 98122  
206-292-7990

## ECHOCARDIOGRAPHY REPORT

| PATIENT INFORMATION: | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME: | Adams, David | | | DATE: | 02/26/01 | | |
| AGE: | 20 | HEIGHT: | | WEIGHT: | | BSA: | |
| SEX: | Male | TAPE #: | 270 | START: | | DISC #: | |
| INTERPRETING MD: | R. Jeffrey Westcott, M.D. | | | REF MD: | | | |
| INDICATIONS: | Cradiomyopathy | | | | | | |
| COMMENTS: | Excellent quality studies were obtained | | | | | | |

| M MODE MEASUREMENTS: | | | DOPPLER VELOCITIES: | | | DOPPLER CALCULATIONS: | |
|---|---|---|---|---|---|---|---|
| LVED: | 65 | (35-55 mm) | MV E | 0.7 | (0.8 m/s) | AORTIC | |
| LVES: | 55 | | MV A | 0.5 | (0.5 m/s) | LVOT | (>20 mm) |
| %FS: | 15% | (26-35) | TV | | (0.8 m/s) | Vmax | (1.7 m/s) |
| LVEF: | 30% | | PV | 0.9 | (0.9 m/s) | Peak Gradient | |
| F by AREA - LENGTH: | 25% | | LVOT | 1.0 | (1.5 m/s) | Mean Gradient | |
| IVSD: | 10 | (6-11 mm) | AoV | 1.2 | (1.7 m/s) | AVA | (>2 cm$^2$) |
| LVPWD: | 10 | (6-11 mm) | | | | Press T 1/2 | |
| RVAFW: | | (<7 mm) | REGURGITATION: | | | | |
| RV: | 21 | (<31 mm) | MR: | mild | | MITRAL | |
| EPSS: | 14 | (<11 mm) | AI: | | | MVA doppler | (4 cm$^2$) |
| EF SLOPE: | | (>35 mm/s) | PI: | trace | | MVA P 1/2 | |
| AORTIC ROOT: | 33 | (20-37 mm) | TR: | trace | | MVA 2D | |
| AORTIC VALVE: | 24 | (15-26 mm) | | Vmax | 2.7 | | |
| LEFT ATRIUM: | 37 | (19-40 mm) | | 4V$^2$ | 29.2 | DIASTOLIC FUNCTION: | |
| LA/AO RATIO: | 1.1 | (<1.2) | | RA press | 5.0 | decel time | (190 +/- 20) |
| | | | | PA press | 34.2 | IVRT | (70-90 msec) |
| | | | | | | EA ratio | (<1.5) |

### M-MODE, 2D AND DOPPLER FLOW STUDY INTERPRETATION:

| | |
|---|---|
| LEFT VENTRICLE: | Dilated cardiomyopathy with global EF of 25% bt area-length method. |
| MITRAL VALVE: | Normal leaflets, mild mitral regurgitation. |
| LEFT ATRIUM: | Normal |
| AORTA: | Normal |
| AORTIC VALVE: | Normal trileaflet valve |
| RIGHT VENTRICLE: | Normal |
| RIGHT ATRIUM: | Normal |
| TRICUSPID VALVE: | Normal |
| PULMONIC VALVE: | Normal |
| PERICARDIUM: | No pericardial fluid |
| MISCELLANEOUS: | Normal IVC |

### SUMMARY:

1. Dilated cardiomyopathy with EF 25%.
2. Mild litral regurgitation.
3. Normal right sided pressures by Doppler.
4. Since study of 12/4/00, there has been considerable improvement.

R. Jeffrey Westcott, M.D.