UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DAVID ADAMS,<br><br>                    Defendant. | No. 10-cr-82 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant's motion for compassionate release, requesting that the Court modify his sentence to time served and immediately release him to home confinement and a period of supervised release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. No. 189.)  It is hereby ordered that the government shall respond to Defendant's motion no later than May 15, 2020.

SO ORDERED.

Dated:      May 13, 2020
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation