UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DAVID ADAMS,<br><br>                    Defendant. | No. 10-cr-82 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant's motion for compassionate release, requesting that the Court modify his sentence to time served and immediately release him to home confinement and a period of supervised release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 189); the government's opposition to Defendant's motion (Doc. No. 191); and Defendant's reply to the government's opposition (Doc. No. 194). Based on these submissions, the Court understands that Defendant received a positive COVID-19 test on April 27, 2020, but that he has not exhibited any symptoms and there is no known evidence that his condition has materially worsened since that date.

IT IS HEREBY ORDERED THAT Defendant shall submit a letter by June 1, 2020 providing the Court with any information regarding (1) whether Defendant has manifested any symptoms of the virus since his positive COVID-19 test on April 27, including since Defendant last updated the Court on May 20; (2) whether Defendant is susceptible to continued harms from the virus more than 30 days after his positive diagnosis; (3) whether persons who have tested positive for COVID-19 are likely to become re-infected at a later date; (4) whether Defendant is more likely to infect third parties at FCI Terminal Island or if released and transported to his

parents' residence; and (5) the likelihood that Defendant's positive COVID-19 test on April 27 was a false positive.  IT IS FURTHER ORDERED THAT the government shall respond to Defendant's submission by June 3, 2020.

SO ORDERED.

Dated:     May 27, 2020
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation